373 A.2d 457
COMMONWEALTH of Pennsylvania
v.
John L. BAKER, Appellant.

Supreme Court of Pennsylvania.

Submitted Jan. 11, 1977.

Decided June 3, 1977.

James J. Phelan, Jr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

Judgment of sentence is affirmed.

JONES, former C. J., did not participate in the consideration or decision of this case.